PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joh, Sung-Rok                                            Cr.: 2:2011-466-01
                                                                                                    PACTS Number: 59178

Name of Sentencing Judicial Officer: Honorable Katherine S. Hayden

Date of Original Sentence: 03/06/12

Original Offense: Conspiracy to unlawfully produce identification documents and commit credit card fraud.

Original Sentence: Six months custody, two years supervised release, six months location monitoring, no new debt and pay a $79,333.00 restitution.

Type of Supervision: Supervised release                        Date Supervision Commenced: 10/05/12

## PETITIONING THE COURT

[ ] To extend the term of supervision for        Years, for a total term of        Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

At the time of sentencing restitution was imposed, without a monthly payment amount being set. Upon his release from custody a financial assessment was conducted with our office determining and Mr. Joh agreeing to pay at least $50.00 monthly towards the balance, until satisfied. Mr. Joh has also agreed to increase his payments should his finances improve.

Respectfully submitted,
By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 10/10/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/17/12
Date